UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Alexandra Tiakoh,

Plaintiff,

v.                                                        Case No. 8:25-cv-01706-WFJ-AEP

Experian Information Solutions, Inc.

Defendant.
_____/

**ORDER**

Before the Court is the United States Magistrate Judge's report recommending that Plaintiff's motion to proceed *in forma pauperis* (Dkt. 2) be granted. Dkt. 6. The time for filing objections has passed.

Absent objection, the Court conducts a "careful and complete" review of the report and recommendation. *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982 (*per curiam*) (quotation citation omitted). "Clear error" review applies to portions of the report and recommendation to which no objection is made. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (*per curiam*) (citation modified). Legal conclusions are reviewed *de novo* in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994). The Court may

accept, reject, or modify, in whole or in part, the Magistrate Judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Williams*, 681 F.2d at 732.

The Magistrate Judge, in a thorough and well-reasoned analysis, found that the complaint (Dkt. 1) alleges a sufficient basis to support a reasonable inference that Defendant is liable for violations of the Fair Credit Reporting Act. 15 U.S.C. § 1681(a), e(b), g, n. Dkt. 6 at 5. Having performed a *de novo* and independent review of the Complaint, and for the sound reasons explained in the Report and Recommendation, the Court rules as follows:

1. The Report and Recommendation (Dkt. 6) is **adopted, confirmed, and approved** in all respects and made a part of this Order.

2. Plaintiff's motion to proceed *in forma pauperis* (Dkt. 2) is **GRANTED.**

3. Plaintiff Alexandra Tiakoh is **DIRECTED** to file a proposed summons with the Clerk's Office, serve process, and file proof of service or a status report concerning the same by November 20, 2025.

**DONE** and **ORDERED** in Tampa, Florida, on October 6, 2025.

s/*William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**Copies furnished to**:
Plaintiff, *pro se*